JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-864 JGB (SPx) | Date | March 7, 2023 |
|---|---|---|---|
| Title | *Jorge Armenteros Coll v. USCIS Irving Texas Service Center, et al.* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)

On May 23, 2022, Plaintiff Jorge Armenteros Coll filed a complaint against Defendants USCIS Irving Texas Service Center, Alejandro Mayorkas, and Ur. M. Jaddou. (Dkt. No. 1.) On December 1, 2022, the Court ordered Plaintiff to show cause in writing by December 22, 2022, why the action should not be dismissed for lack of prosecution. (Dkt. No. 13.) As of March 2, 2023, Plaintiff has neither continued to prosecute his case nor responded to the Court's December 1, 2022, order to show cause.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Plaintiff has failed to respond to the Court's order to show cause for approximately three months. The Court finds that Plaintiff has failed to prosecute this case with reasonable diligence and that dismissal is therefore appropriate.

Accordingly, the Court **DISMISSES** Plaintiff's action for failure to prosecute and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**